Jonathan Lee Riches d/b/a
Bernard Madoff,
Plaintiff

CASE NO: 4:09CV252-DCB

V.

I can't Believe it's Not Butter; Piggly Wiggly 2% milk; Kraft Miracle Whip; Tums Ultra; Starkist chunk Light Tuna; Oscar Mayer Bacon; Pasta Roni; Kroger Savory Rotisserie chicken; Kellogg's Frosted Flakes; Pepperidge Farm Goldfish Crackers; Kool-Aid Jammers; Ho Ho Ho Green Giant Beans; U.S.D.A Select Black Canyon Angus Beef; Little Debbie Oatmeal Cream Pies; Van Camp's Baked Beans; Pillsbury Biscuits; Angel Soft Bath Tissue; Cascade Dish Detergent; Juicy Juice; Deer Park Natural Spring Water; Gatorade Thirst Quencher; Tombstone Original Pizza; Kid Cuisine Meals; Febreze Fabric Refresher; Puffs Facial Tissue; Neosporin First Aid; Mennen Speed Stick; Ensure Nutrition Shakes; Yoplait Go-Gurt Portable Yogurt; Coffee-mate Coffee Creamer; Dawn Dish Liquid; Chef Boyardee Mini Ravioli; Minute Rice; Red Gold Tomato Ketchup; Ragú Pasta Sauce; Peter Pan Peanut Butter; Hunt's Manwich Sloppy Joe Sauce; Duke's Mayonnaise; Betty Crocker Suddenly Salad Mix; Sweet Sue Chicken & Dumplings; Nabisco 100 Calorie Packs; Tennessee Pride Pork Sausage; Washington Extra Fancy Fuji Apples; El Monterey Mexican Appetizers; Mrs. Weaver's Pimento Cheese Spread; Pilgrim's Pride Chicken Thighs; Wampler's Meat Corn Dogs; Fischer's Sliced Bologna; Food Lion Apple Juice; Edy's Butter Pecan; Scott Bath Tissue; DiGiorno Pizza; Butcher's Brand T-Bone Steak; Hamburger Helper; A1 Steak Sauce; Gillette Fusion; Packham Pears; Hillshire Farm Select Ultra Thin Lunch Meats; Jamestown Brand Roll Sausage; Food Lion Meatballs; T.G.I. Friday's Frozen Appetizers; Freschetta Pizza; Coppertone Sun Care;

Klondike Ice cream Bars; Ore-Ida Potatoes; Weight Watchers Smart Ones Dinners; Edge shaving Gel; Purina Dog chow; Pam Cooking Spray; Wisk Liquid Detergent; Lipton Tea; Zesta Crackers; Doritos; Ruffles; Tostitos; Wesson oil; OREO cookies; Heinz Vinegar; Russell Stover Boxed chocolate; Rice Krispies Treats; Motts Apple sauce; Country Time lemonade; Planters Trail mix; Sour Patch kids; Swedish Fish; Twizzlers; Tootsie Roll Pops; Skittles; Starburst; Dum Dums; Orville Redenbacher Popcorn; Hershey's Kisses; 3 musketeers; 100 Grand; ~~Nestle Butterfinger~~; Reese's Peanut Butter cups; ~~Maxwell House Coffee~~; Pampers; Depend underwear for men or women; Always Maxi Pads; Tampax Tampons; Hawaiian Tropic Suncare; GE Reveal light Bulbs; ORAL B Toothbrush; Jelly Beans; Effergrip; Animal Crackers; Spam; Mrs. Dash Extra Spicy; Twix; Pico Pica Hot sauce; Wheatables; Ramen Roast chicken soup; Mountain Dew; Noxzema; St. Ives Apricot Scrub; Petroleum Jelly; Sudafed 24 hour; Triple Antibiotic ointment; Bengay; Hydroxycut; Zantrex; SoyJoy; Lamisil; Durex condoms; K.Y intense Arousal Gel; Just for men; ConAir Electric Razors; NoReLco; Old Spice; Ginseng; Leptopril; Promensil; TwinLaB Supplements; Hollywood 48 hour Miracle diet; Osteo Bi-Flex; Downey Softner; Country of Hungary; Dole Foods; Baskin-Robbins; Pilgrim's pride corp; Carvel corp; Keebler Co.; Barq's Root Beer; American Crystal Sugar Co; Sara Lee Bakery; McCormick & Co.; Mrs. Smith's Frozen Foods Co.; Alpo Pet foods; Domino Sugar corp; Frito-Lay; Entenmanns; Ocean Spray cranberries; Hormel Foods corp; The Quaker Oats corp; Schepps Dairy; Jim Beam Brands Co.; Bacardi Imports; Shasta Beverages; Welch Grape Juice; Hanover Foods; Trinidad-Benham corp; Conagra; Metz Baking; Omaha Steaks International; Eagle Snacks; Sysco corp; Coors Brewing Co.; Tilamook County Creamery Assn; Amcor Capital corp.; Captain Crunch Cereal; Tom's Foods; The Spice Girls; Juan Valdez; Food Poisoning Inc; The U.S. Food pyramid, Defendants

Preliminary Injunction, Temporary Restraining order, TRO
I Face Imminent Danger & Bodily Harm From these Food Products

## Complaint

Comes Now, Jonathan Lee Riches d/b/a Benard Madoff, I face imminent Danger from all the Defendants foods that the Bureau of Prisons have been forcing into my body since the very first day I was illegally incarcerated on Feb 25th 2003, which violates my 8th amendment rights for cruel and unusual Punishment, I'm currently at Federal Medical Center Lexington Kentucky where they continue to serve me the Defendants, which is rotten, uncooked food laced with poisonous chemicals and toxins that are destroying my Body. I can't believe it's not butter, clogs my Arteries, and raised my blood pressure so high that I've suffered different strokes. Defendants cause me daily heartburn and indigestion that are ripping my Insides Apart. After drinking Piggly Wiggly 2% milk and oreo cookies every night at 9pm before I go to bed, I get diarrhea and throw up in the Toilet, this is a deliberate plot by the defendants to shut my Kidneys & Liver down. Defendants cause me Irritable Bowel syndromes. Defendants gave me E coli and other mysterious illnesses which caused me to lose too much weight, I weigh only 107 lbs at 5ft 10 inches. I'm becoming a walking skeleton because the Defendants endangers my body and enter my Nervous System daily. Defendants nutrients, herbs n spices are ripping my insides to pieces. Defendants caused me to get a colon exam. I'm so weak and anemic from Defendants that I can't type this lawsuit. I seek better nutrition and a Doctor to Examine me before I die from Defendants. Federal prison is Genocide and a Holocaust with foods that are Torturing me, Defendants are cursing my mental instability. Defendants products must be taken off the shelves for relief. I seek a Injunction Against these foods being put in my body, these Defendants food labels lie, I'm receiving way more fiber in defendants products then Advertised which is causing me to use the Toilet #2 20 times a day. I seek FDA intervention, I seek a Full investigation of these Products. I'm dying. Please help me before the Defendants murder my life. Dim Sovrents I pray for relief

Jonathan Lee Riches #40948068
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

respectfully,

4-27-09